IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT M. FISHMAN,           )
                             )
                Plaintiff,   )
                             )
        v.                   )    No. 05 C 5227
                             )
ZURICH AMERICAN INSURANCE COMPANY, )
et al.,                      )
                             )
                Defendants.  )

## MEMORANDUM ORDER

During the November 9, 2006 follow-up hearing on the motion by Robert Fishman ("Fishman") to compel discovery of a host of documents, as to which defendants (collectively "Zurich," treated for convenience as a singular noun) have asserted insulation from such discovery under the attorney-client privilege or the work product doctrine or both, it became even more clear that the impasse between the parties could not be resolved based on their previously filed submissions. This Court then agreed (though with some reluctance) to consider the contested documents ex parte in an effort to break the logjam. As might perhaps have been expected, there is some reason to regret having taken that route, for the package that Zurich's counsel have since delivered to this Court's doorstep comprises three privilege logs (photocopies of which are attached) and no fewer than 78 documents (which have been numbered for convenience in the attached photocopies).

In any event, this Court has indeed reviewed the documents

one by one, and this memorandum order will summarize the results of that review. There have been some close calls at the margin, but in those instances Fishman's motion is being denied in light of the high value that the law places on the privilege and doctrine at issue.

First, among the documents identified in the privilege log regarding Fishman's first request for documents, discovery is denied as to Docs. 2 through 11, 13 through 30, 32 through 43 and 45 through 54. Only one document--Doc. 55--is the subject of the privilege log as to Fishman's second request for documents, and its production will also not be required. Lastly, as to the supplemental privilege log in connection with both the first and second requests for documents, Fishman's motion to compel is denied as to Docs. 57 through 67.

On the other side of the coin, this Court has rethought the issue that has been the focal point of the parties' argument to this point. It has concluded that the critical fact is that both the July 8, 2005 minutes of the Administrative Committee (Bates Nos. Z468-69) and the ensuing July 12, 2005 letter from Administrative Committee Chairperson Diane Whidden to Fishman's attorney Mark Furlane state that the Committee's determination adverse to Fishman was reached "with the advice of counsel." To be sure, Zurich's counsel have stated orally that such was not the case, but that disclaimer cannot be credited under the

circumstances revealed in the documents submitted to this Court. And that acknowledgment has made a number of the communications that might otherwise be insulated from disclosure fair game.

Accordingly Zurich is ordered promptly to produce to Fishman's counsel Docs. 1 (Doc. 56 is the same document directed to a different addressee), 31, 68, 75 (which incorporates Docs. 73 and 74), 76, 77 and 78. As will be seen from such production, a number of those documents confirm that the Administrative Committee's determination was in fact vetted by a number of lawyers, so that the "advice of counsel" acknowledgment is indeed supported by such evidence.

Apart from that required production, all of which relates to the disputed issue as to whether the plan in which Fishman was a participant is or is not a top hat plan, it appears that the parties are also at odds as to whether Zurich has applied the plan's competition-forfeiture provision uniformly. That issue is implicated by Doc. 44 and related Docs. 69 through 72. Because Fishman and his counsel have not had access to those documents, this Court requests further input from Zurich's counsel on or before November 25, 2006--again via an in camera response--as to whether the advice-of-counsel issue may also forfeit Zurich's invocation of the attorney-client privilege and work product doctrine as to those documents. Under the circumstances, that response is ordered to be tendered in camera to avoid any

improvident premature disclosure.

Finally, it is unclear whether the parties are at odds as to whether Fishman's benefits may properly be forfeited under the circumstances of this case even if the plan does qualify as a top hat plan. That question is implicated in Doc. 12, and here too the procedure described in the preceding paragraph is to be followed by Zurich's counsel.

```
                              _____
                              Milton I. Shadur
                              Senior United States District Judge
```

Date: November 15, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------ x
ROBERT M. FISHMAN,

       Plaintiff,      Case No. 05C-5227

    - against -        Judge: Milton I. Shadur

ZURICH AMERICAN INSURANCE
COMPANY AND ZURICH NORTH
AMERICA SUPPLEMENTAL EXECUTIVE
RETIREMENT PLAN,

       Defendants.
------------------------------------------------------------ x

## DEFENDANTS' PRIVILEGE LOG IN CONNECTION WITH ROBERT M. FISHMAN'S FIRST REQUEST FOR DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Zurich American Insurance Company and Zurich North America Supplemental Executive Retirement Plan (together, "Zurich") submit the following privilege log in connection with Plaintiff's First Request for Documents:

### Withheld Documents

| Author | Recipient(s) | CC: | Date of Document | Type of Document | Re: | Basis of Withholding |
|---|---|---|---|---|---|---|
| Willkie Farr & Gallagher LLP | Administrative Committee of the SERP | | January 4, 2005 | Memorandum with attachments | Zurich North America SERP, Robert Fishman | Attorney Client Privilege Work Product |
| David Bowers | Peter Haller, Esq. (WF&G) | | June 3, 2004 | Email | Fishman-Privileged and Confidential | Attorney Client Privilege |
| David Bowers, Esq. | John Amore, Diane Whidden | Peter Haller, Esq., Rhiannon Schmieg, Esq. | June 7, 2004 | Email | Draft Retirement Message | Attorney Client Privilege |
| Peter | Dave Bowers, | | June 11, | Email | Retirement - | Attorney Client |

1

| From | To | CC | Date | Type | Subject | Privilege |
|---|---|---|---|---|---|---|
| Haller, Esq. | Esq., John Amore, Dianne Whidden, Kathy LeBoyer, Rhiannon Schmieg, Esq. | | 2004 | | Privileged and Confidential | Privilege |
| Dave Bowers, Esq. | Peter Haller, Esq., John Amore, Dianne Whidden, Kathy LeBoyer, Rhiannon Schmieg, Esq. | | June 11, 2004 | Email | Retirement - Privileged and Confidential | Attorney Client Privilege |
| Diane Whidden | Dave Bowers, Esq. | Peter, Haller, Esq., John Amore, Dianne Whidden, Kathy LeBoyer, Rhiannon Schmieg, Esq. | June 11, 2004 | Email | Retirement - Privileged and Confidential | Attorney Client Privilege |
| Kathy LeBoyer | Dave Bowers, Esq. | John Amore, Diane Whidden, Rhiannon Schmieg, Esq., Peter Haller, Esq. | June 14, 2004 | Email | Retirement - Privileged and Confidential | Attorney Client Privilege |
| Peter Haller, Esq. | Diane Whidden | Dave Bowers, Esq., Rhiannon Schmieg, Esq. | July 22, 2004 | Email | Fishman Joins Quanta US Announcement - Bloomberg call | Attorney Client Privilege |
| Diane Whidden | Peter Haller, Esq. | Dave Bowers, Esq., Rhiannon Schmieg, Esq. | July 22, 2004 | Email | Fishman Joins Quanta US Announcement - Bloomberg call | Attorney Client Privilege |
| Peter | Diane | Stephen | July 23, | Email with | Fishman SERP | Attorney Client |

| | From | To | CC | Date | Type | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| 10 | Haller, Esq. | Whidden, Dave Bowers | Lindo, Esq. (WF&G) | 2004 | attachment | Forfeiture Letter | Privilege Work Product |
| 11 | Dave Bowers, Esq. | John Amore | Diane Whidden, Monica Maechelr, Peter Haller, Esq. | August 16, 2004 | Email | Fishman, Privileged and Confidential | Attorney Client Privilege Work Product |
| 12 | Willkie Farr & Gallagher LLP | David Bowers, Esq. | Stephen Lindo, Esq., Brian O'Connor, Esq. (WF&G), David Rubinsky, Esq. (WF&G) | August 31, 2004 | Memorandum | Fishman Proposal | Attorney Client Privilege Work Product |
| 13 | David Bowers, Esq. | John Amore, Dick Kearns, Monica Maechler, Diane Whidden, Stephen Lindo, Esq., Peter Haller, Esq. | | September 13, 2004 | Email | Fishman, Privileged and Confidential | Attorney Client Privilege Work Product |
| 14 | Peter Haller, Esq. | Files | | October 15, 2004 | Memorandum | Fishman SERP Chronology | Work Product |
| 15 | Erin Miller, Esq. (WF&G) | Peter Haller, Esq. | | May 9, 2004 | Memorandum | Enforceability of Forfeiture Provision | Work Product |
| 16 | Dave Bowers, Esq. | Peter Haller, Esq. | | May 21, 2004 | Email | Fishman, Privileged and Confidential | Attorney Client Privilege Work Product |
| 17 | Dave Bowers, Esq. | John Amore | Diane Whidden | May 26, 2004 | Email | Draft Message to Jim Schiro; Privileged and Confidential | Attorney Client Privilege Work Product |
| 18 | Dave Bowers, Esq. | James Schiro | John Amore, Diane Whidden | May 26, 2004 | Email | Rob Fishman, Privileged and Confidential | Attorney Client Privilege |

| # | From | To | CC | Date | Type | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| 19 | James Schiro | Dave Bowers, Esq. | John Amore, Diane Whidden, Dick Kearns, Monica Maechler-Erne | May 26, 2004 | Email | Rob Fishman, Privileged and Confidential | Attorney Client Privilege |
| 20 | Dave Bowers, Esq. | John Amore | Diane Whidden, Peter Haller, Esq., Stephen Lindo, Esq. | August 30, 2004 | Email | Fishman, Privileged and Confidential | Attorney Client Privilege Work Product |
| 21 | Dave Bowers, Esq. | John Amore | Diane Whidden, Monica Maechler, Peter Haller, Esq. | August 16, 2004 | Email | Fishman, Privileged and Confidential | Attorney Client Privilege Work Product |
| 22 | Dave Bowers, Esq. | John Amore | Diane Whidden | August 12, 2004 | Email | Fishman, Privileged and Confidential | Attorney Client Privilege Work Product |
| 23 | Dave Bowers, Esq. | John Amore, Diane Whidden | | August 9, 2004 | Email | Rob Fishman, Privileged and Confidential | Attorney Client Privilege Work Product |
| 24 | Andre Burke | Dave Bowers, Esq. | Craig Fundum | July 23, 2004 | Email with attachment | Competitive Overview of Quanta U.S. Holding, Inc. | Attorney Client Privilege |
| 25 | Dave Bowers, Esq. | Diane Whidden | | July 23, 2004 | Email with attachment | Fishman SERP Forfeiture Letter | Attorney Client Privilege Work Product |
| 26 | Dave Bowers, Esq. | John Amore | Diane Whidden, Rhiannon Schmieg, Esq. | May 4, 2004 | Email with attachment | Resignation, Privileged and Confidential | Attorney Client Privilege Work Product |
| 27 | Dave Bowers, Esq. | John Amore | Diane Whidden | May 15, 2004 | Email with attachment | Rob letter, Privileged and Confidential | Attorney Client Privilege Work Product |
| 28 | Dave Bowers, Esq. | John Amore | Diane Whidden | May 23, 2004 | Email | Retirement discussions, privileged and | Attorney Client Privilege |

- 4 -

| # | From | To | CC | Date | Type | Subject | Privilege |
|---|------|-----|-----|------|------|---------|-----------|
| 29 | Dave Bowers, Esq. | James Schiro | John Amore, Diane Whidden, Dick Kearns, Monica Maechler-Erne | May 26, 2004 | Email | Re: Rob Fishman, privileged and confidential | Attorney Client Privilege |
| 30 | Diane Whidden | Dave Bowers, Esq. | | May 27, 2004 | Email | Draft email | Attorney Client Privilege |
| 31 | Willkie Farr & Gallagher LLP | David Bowers, Esq., Rhiannon Schmieg, Esq. | | July 5, 2005 | Memorandum | Robert Fishman's Claim for Benefits under the ZNA SERP | Attorney Client Privilege Work Product |
| 32 | Dave Bowers, Esq. | Diane Whidden | John Amore | June 13, 2004 | Email | Rob Fishman Announcement Edits | Attorney Client Privilege Work Product |
| 33 | Dave Bowers, Esq. | Diane Whidden | John Amore | June 14, 2004 | Email | Rob Fishman Announcement Edits | Attorney Client Privilege Work Product |
| 34 | John Amore | Dave Bowers, Esq. | | July 30, 2004 | Email | SERP | Attorney Client Privilege Work Product |
| 35 | Diane Whidden | John Amore, Dave Bowers, Esq., | Sandra Romo | July 30, 2004 | Email with attachment | Draft letter by Peter Haller, Esq. | Attorney Client Privilege Work Product |
| 36 | Dave Bowers, Esq. | John Amore | Diane Whidden | August 2, 2004 | Email | Re: letter to Fishman | Attorney Client Privilege Work Product |
| 37 | Dave Bowers, Esq. | John Amore, Diane Whidden | Peter Haller, Esq. | August 4, 2004 | Email | Fishman | Attorney Client Privilege Work Product |
| 38 | Diane Whidden | Dave Bowers, Esq. | John Amore, Peter Haller, Esq. | August 6, 2004 | Email | Fishman | Attorney Client Privilege |
| 39 | Dave Bowers, Esq. | John Amore, Diane Whidden | | August 9, 2004 | Email | Fishman | Attorney Client Privilege Work Product |
| 40 | Dave Bowers, Esq. | John Amore | Diane Whidden | August 12, 2004 | Email | Fishman | Attorney Client Privilege Work Product |
| 41 | Dave Bowers, | John Amore | Diane Whidden, | August 16, 2004 | Email | Fishman | Attorney Client Privilege |

- 5 -

| From | To | CC | Date | Type | Subject | Privilege |
|---|---|---|---|---|---|---|
| Esq. | | Monica Maechler, Peter Haller, Esq. | | | | Work Product |
| 42. Diane Whidden | John Amore, Dave Bowers, Esq. | | August 25, 2004 | Email | Fishman | Attorney Client Privilege |
| 43. Dave Bowers, Esq. | Monica Maechler, John Amore, Diane Whidden, Dick Kearns, | Stephen Lindo, Esq., Peter Haller, Esq. | September 2, 2004 | Email | Fishman | Attorney Client Privilege Work Product |
| 44. Rhiannon Schmieg, Esq. | Axel Lehmann, Diane Whidden, Dave Bowers, Esq. | | July 8, 2005 | Email with attachment | Administrative Committee Meeting Minutes | Attorney Client Privilege Work Product |
| 45. Diane Whidden | Rhiannon Schmieg, Esq. | Axel Lehmann, Dave Bowers, Esq. | July 9, 2005 | Email | Administrative Committee Meeting Minutes | Attorney Client Privilege Work Product |
| 46. Rhiannon Schmieg, Esq. | Diane Whidden | | January 16, 2005 | Email with attachment | Draft Administrative Committee response | Attorney Client Privilege Work Product |
| 47. Diane Whidden | Axel Lehmann, Dave Bowers, Esq. | Rhiannon Schmieg, Esq. | January 19, 2005 | Email | Draft Administrative Committee response | Attorney Client Privilege Work Product |
| 48. Dave Bowers, Esq. | John Amore | Diane Whidden | May 15, 2004 | Email with attachment | Rob letter | Attorney Client Privilege Work Product |
| 49. Diane Whidden | Dave Bowers | | May 27, 2004 | Email | Draft email | Attorney Client Privilege |
| 50. Dave Bowers, Esq. | Karen Hanson | Diane Whidden | August 9, 2004 | Email | Certified Letter | Attorney Client Privilege Work Product |
| 51. Dave Bowers, Esq. | Diane Whidden | | August 11, 2004 | Email | SERP letter | Attorney Client Privilege Work Product |
| 52. Diane Whidden | Kathy LeBoyer | Dave Bowers, Esq. | August 31, 2004 | Email | Fishman SERP payment | Attorney Client Privilege |
| 53. Dave Bowers, | John Amore, Dick Kearns, | | September 14, 2004 | Email | Fishman SERP payment | Attorney Client Privilege |

- 6 -

3136823.1

| | | | | | | |
|---|---|---|---|---|---|---|
| Esq. | Diane Whidden | | | | | Work Product |
| Diane Whidden | John Amore | Dave Bowers, Esq. | May 20, 2004 | Email with attachment | Benefits estimate letter | Attorney Client Privilege |

Dated: April 7, 2006

Respectfully submitted,

Defendants Zurich American Insurance Company and Zurich North America Supplemental Executive Retirement Plan

By: _____
One of Their Attorneys

Richard H. Schnadig
Charles B. Wolf
Alison J. Maki
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60610
(312) 609-7500 (phone)
(312) 609-5005 (fax)


Joesph T. Baio
Vivian E. Schiebel
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 (phone)
(212) 728-8111 (fax)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ROBERT M. FISHMAN, | ) |
| Plaintiff | ) |
| v. | ) |
| ZURICH AMERICAN INSURANCE | ) |
| COMPANY AND ZURICH NORTH | ) Case No. 05 C 5227 |
| AMERICA SUPPLEMENTAL | ) Judge: Shadur |
| EXECUTIVE RETIREMENT PLAN | ) |
| Defendants. | ) |

## DEFENDANTS' PRIVILEGE LOG IN CONNECTION WITH ROBERT M. FISHMAN'S SECOND REQUEST FOR DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Zurich American Insurance Company and Zurich North America Supplemental Executive Retirement Plan (together, "Zurich") submit the following privilege log in connection with Plaintiff's Second Request for Documents:

### Withheld Documents

| Author | Recipient(s) | CC: | Date of Document | Type of Document | Re: | Basis of Withholding |
|---|---|---|---|---|---|---|
| R. Schmieg | L. Dewald | | 10/1/02 | E-mail | SERP eligibility | Attorney Client Privilege |

3274796.2

Dated: May 30, 2006

Respectfully submitted,

Defendants Zurich American Insurance
Company and Zurich North America
Supplemental Executive Retirement Plan

By: _____
   One of Their Attorneys

Richard H. Schnadig
Charles B. Wolf
Alison J. Maki
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60610
(312) 609-7500 (phone)
(312) 609-5005 (fax)


Joesph T. Baio
Michael E. Kraver
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 (phone)
(212) 728-8111 (fax)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT M. FISHMAN,<br>Plaintiff<br>v.<br>ZURICH AMERICAN INSURANCE COMPANY AND ZURICH NORTH AMERICA SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN<br>Defendants. | Case No. 05 C 5227<br>Judge: Shadur |

## DEFENDANTS' SUPPLEMENTAL PRIVILEGE LOG IN CONNECTION WITH ROBERT M. FISHMAN'S FIRST AND SECOND REQUESTS FOR DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Zurich American Insurance Company and Zurich North America Supplemental Executive Retirement Plan (together, "Zurich") submit the following supplemental privilege log in connection with Plaintiff's First and Second Requests for Documents:

### Withheld Documents

| Author | Recipient(s) | CC: | Date of Document | Type of Document | Re: | Basis of Withholding |
|---|---|---|---|---|---|---|
| Dave Bowers, Esq. | Rhiannon Schmieg, Esq. | | January 4, 2005 | E-mail with attachment | Memorandum re: R. Fishman SERP matter | Attorney Client Privilege; Work Product |

| # | From | To | CC | Date | Type | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| 57 | Peter Haller, Esq. | Rhiannon Schmieg, Esq. | | January 11, 2005 | E-mail | Draft re: R. Fishman SERP claim | Attorney Client Privilege, Work Product |
| 58 | Vivian Schiebel, Esq. | Rhiannon Schmieg, Esq. | Peter Haller, Esq. | January 12, 2005 | E-mail with attachment | Draft re: R. Fishman SERP claim | Attorney Client Privilege, Work Product |
| 59 | Vivian Schiebel, Esq. | Vivian Schiebel, Esq.; Rhiannon Schmieg, Esq. | Peter Haller, Esq. | January 12, 2005 | E-mail with attachment | Draft re: R. Fishman SERP claim | Attorney Client Privilege, Work Product |
| 60 | Vivian Schiebel, Esq. | Rhiannon Schmieg, Esq. | Peter Haller, Esq.; Joseph Baio, Esq. | January 12, 2005 | E-mail | Draft re: R. Fishman SERP claim | Attorney Client Privilege, Work Product |
| 61 | Vivian Schiebel, Esq. | Rhiannon Schmieg, Esq. | Peter Haller, Esq. | January 12, 2005 | E-mail with attachment | Draft re: R. Fishman SERP claim | Attorney Client Privilege, Work Product |
| 62 | Dave Bowers, Esq. | Rhiannon Schmieg, Esq. | | January 14, 2005 | E-mail | Draft re: R. Fishman SERP claim | Attorney Client Privilege, Work Product |
| 63 | Rhiannon Schmieg, Esq. | Kathy LeBoyer | | May 12, 2005 | E-mail | R. Fishman Excess and SERP payment | Attorney Client Privilege, Work Product |

3313802.2

| | From | To | CC | Date | Type | Subject | Privilege |
|---|---|---|---|---|---|---|---|
| 64 | Rhiannon Schmieg, Esq. | Sarah Staggs | | May 12, 2005 | E-mail | R. Fishman SERP appeal | Attorney Client Privilege, Work Product |
| 65 | Kathy LeBoyer | Rhiannon Schmieg, Esq. | | May 12, 2005 | E-mail | R. Fishman Excess and SERP payment | Attorney Client Privilege |
| 66 | Diane Whidden | Rhiannon Schmieg, Esq. | | July 7, 2005 | E-mail | R. Fishman SERP claim | Attorney Client Privilege |
| 67 | Peter Haller, Esq. | Rhiannon Schmieg, Esq. | Vivian Schiebel, Esq.; Peter Haller, Esq. | July 8, 2005 | E-mail | Draft minutes of Committee meeting | Attorney Client Privilege, Work Product |
| 68 | Vivian Schiebel, Esq. | Rhiannon Schmieg, Esq. | Joseph Baio, Esq.; Peter Haller, Esq. | July 8, 2005 | E-mail with attachment | Draft minutes of Committee meeting | Attorney Client Privilege, Work Product |
| 69 | Dave Bowers, Esq. | Rhiannon Schmieg, Esq. | Axel Lehmann, Diane Whidden | July 8, 2005 | E-mail with attachment | Draft minutes of Committee meeting | Attorney Client Privilege, Work Product |
| 70 | Diane Whidden | Dave Bowers, Esq.; Rhiannon Schmieg, Esq. | Axel Lehmann | July 8, 2005 | E-mail with attachment | Draft minutes of Committee meeting | Attorney Client Privilege, Work Product |

- 3 -

| # | From | To | CC | Date | Type | Description | Privilege |
|---|------|-----|-----|------|------|-------------|-----------|
| 71 | Axel Lehmann | Diane Whidden | Dave Bowers, Esq.; Rhiannon Schmieg, Esq. | July 9, 2005 | E-mail with attachment | Draft minutes of Committee meeting | Attorney Client Privilege, Work Product |
| 72 | Dave Bowers, Esq. | Diane Whidden | Axel Lehmann; Rhiannon Schmieg, Esq. | July 10, 2005 | E-mail with attachment | Draft minutes of Committee meeting | Attorney Client Privilege, Work Product |
| 73 | Dave Bowers, Esq. | Rhiannon Schmieg, Esq. | Axel Lehmann; Diane Whidden | July 11, 2005 | E-mail with attachment | Draft correspondence to R. Fishman's counsel | Attorney Client Privilege, Work Product |
| 74 | Diane Whidden | Dave Bowers, Esq. | Rhiannon Schmieg, Esq.; Axel Lehmann | July 12, 2005 | E-mail with attachment | Draft correspondence to R. Fishman's counsel | Attorney Client Privilege, Work Product |
| 75 | Dave Bowers, Esq. | Diane Whidden | Rhiannon Schmieg, Esq. | July 12, 2005 | E-mail with attachment | Draft correspondence to R. Fishman's counsel | Attorney Client Privilege, Work Product |
| 76 | Peter Haller, Esq. | Rhiannon Schmieg, Esq.; Joseph Baio, Esq. | Dave Bowers, Esq.; Peter Haller, Esq. | July 26, 2005 | E-mail | Advice as to ERISA | Attorney Client Privilege, Work Product |
| 77 | Rhiannon Schmieg, Esq. | Sarah Staggs | | July 27, 2005 | E-mail | SERP filing | Attorney Client Privilege, Work Product |

| | Sarah Staggs | Rhiannon Schmieg, Esq. | Mark Hall | August 8, 2005 | E-mail | SERP filing | Attorney Client Privilege |
|---|---|---|---|---|---|---|---|
| 78 | | | | | | | |

Dated: July 20, 2006

Respectfully submitted,

Defendants Zurich American Insurance Company and Zurich North America Supplemental Executive Retirement Plan

By: _____
One of Their Attorneys

Richard H. Schnadig
Charles B. Wolf
Alison J. Maki
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60610
(312) 609-7500 (phone)
(312) 609-5005 (fax)

Joesph T. Baio
Roger D. Netzer
Michael E. Kraver
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 (phone)
(212) 728-8111 (fax)